IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD LUJEAN WILDEE,

    Petitioner,                     No. CIV S-07-0163 GEB DAD P

    vs.

WARDEN FELKER, et al.,

    Respondents.                ORDER

_____/

        Petitioner has filed a fourth request for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's March 21, 2007 fourth request for appointment of counsel is denied.

DATED: April 3, 2007.

                                                           DALE A. DROZD
                                                           UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
wild0163.110(4)