IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD LUJEAN WILDEE,

      Petitioner,                      No. CIV S-07-0163 GEB DAD P

   vs.

WARDEN FELKER, et al.,

      Respondents.              ORDER
_____/

       On April 4, 2007, petitioner filed a motion for stay and abeyance pending the outcome of his petition for review before the California Supreme Court in connection with his direct appeal. On April 12, 2007, petitioner notified the court that he had received notice that his petition for review was summarily denied by the California Supreme Court on March 28, 2007. In light of that final decision from the state court, petitioner requested that these federal habeas proceedings go forward.

       Good cause appearing, the court will deny petitioner's motion for stay and abeyance as moot. In addition, the court will grant petitioner leave to amend his application to reflect his alleged exhaustion of state remedies. Petitioner is advised that an amended petition supersedes the original petition and must be complete in itself without reference to the prior petition.

Petitioner is also advised that the court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases. If petitioner requires additional space, petitioner must continue responses as needed on pages that follow the same format as the form and are clearly linked to the form by page number or question number. Although petitioner may submit a separate memorandum to support his petition for relief, petitioner is notified that the court's application form must contain all relevant claims, and must provide the court with all necessary information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 4, 2007 motion for stay and abeyance is denied as moot;

2. Petitioner's January 25, 2007 application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: May 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sand2250.msty.115