1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERNARD LUJEAN WILDEE,

11           Petitioner,              No. CIV S-07-0163 GEB DAD P

12       vs.

13   WARDEN FELKER, et al.,

14           Respondents.             <u>ORDER</u>

15   _____/

16           On May 17, 2007, this court dismissed petitioner's petition for a writ of habeas

17   corpus with leave to file an amended petition which reflected the California Supreme Court's

18   recent decision in petitioner's state habeas proceedings.  In accordance with the court's order,

19   petitioner has filed an amended petition.

20           Since petitioner may be entitled to relief if the claimed violation of constitutional

21   rights is proved, respondents will be directed to file a response to petitioner's June 11, 2007

22   amended habeas petition.[1]

23   /////

24

25       [1]Although respondents previously filed a motion to dismiss, their motion was based on the
     ground that petitioner had failed to exhaust his state remedies.  Since the filing of that motion
26   petitioner has allegedly exhausted his state remedies.  Petitioner has also filed an amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's June 11, 2007 amended habeas petition within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's June 11, 2007 amended habeas petition on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: June 18, 2007.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
wild0163.100(2)