IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD LUJEAN WILDEE,

    Petitioner,                     2:07-cv-0163-GEB-DAD-P

    vs.

WARDEN FELKER, et al.,

    Respondents.               ORDER

_____/

        On September 4, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 27, 2007 which denied plaintiff's requests for appointment of counsel. Plaintiff also filed a new motion for appointment of counsel addressed to the assigned district judge.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. Accordingly, the magistrate judge's order filed August 27, 2007, will be affirmed.

        Petitioner has been repeatedly advised that there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of

1

1  the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.
2  In the present case, the court does not find that the interests of justice would be served by the
3  appointment of counsel at the present time. Accordingly, petitioner's motion to appoint counsel
4  will be denied.
5          Therefore, IT IS HEREBY ORDERED that:
6          1. Upon reconsideration, the order of the magistrate judge filed August 27, 2007,
7  is affirmed; and
8          2. Plaintiff's September 4, 2007 motion to appoint counsel is denied.
9  Dated: October 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge