IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD LUJEAN WILDEE,

    Petitioner,               No. CIV S-07–163 GEB DAD P

   vs.

WARDEN FELKER, et al.,

    Respondents.       ORDER

                          /

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 19, 2007, respondents were directed to file an answer to the petition and to include with the answer all transcripts and other documents relevant to a determination of the issues presented in the application. On August 8, 2007, respondents filed their answer. Although respondents cite to the Clerk's Transcript on Appeal and the Reporter's Transcript on Appeal in their answer and despite the court's order to do so, they have not lodged either transcript with the court. The court finds that the Clerk's Transcript on Appeal and the Reporter's Transcript on Appeal are necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, petitioner will be directed to lodge these transcripts with the court within fourteen days.

1  Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days
2  from the date of this order respondents shall lodge the Clerk's Transcript on Appeal and the
3  Reporter's Transcript on Appeal.
4  DATED: September 4, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:
wildee163.o